UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARINE TRAVELIFT INC.,

        Plaintiff,

v.                                                               Case No. 14-C-443

ASCOM SpA,

        Defendant.

## ORDER DENYING MOTION FOR PROTECTIVE ORDER

The parties have stipulated to a protective order which in large part simply concerns how they will handle the discovery exchange between them. One aspect of the proposed order, however, is problematic. Paragraph XIX(a) states that, upon expiration of the time for appeal from any order issued in connection with the action, the parties "shall remove any Protected Materials from the office of the Clerk of the Court. Following that 60-day period, the Clerk of Court shall destroy all Protected Materials."

The Court is unaware of any authority for destroying material contained within the public record. Exhibits that are submitted in support of the case can be withdrawn or destroyed after time for appeal, but filings, pleadings and materials of that nature remain even after the case is closed insofar as this Court is aware. Accordingly, the motion is denied. The denial, however, is without prejudice and the parties may either submit a revised protective order or provide some authority for the provision requiring destruction of materials filed with the court.

Dated this   27th   day of June, 2014.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                      United States District Court