IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MARINE TRAVELIFT, INC.,

                                        Case No. 1:14-CV-443-WCG

        Plaintiff,

   v.

ASCOM SpA and
INTERNATIONAL BOATLIFT EXCHANGE,
INC.,

        Defendants.

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY FILING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

      Plaintiff Marine Travelift, Inc. moves this Court to strike Defendants' reply filing submitted in support of their Motion for Summary Judgment. In support of this motion, Plaintiff further submits the accompanying Memorandum of Law in Support of Plaintiff's Motion to Strike Defendants' Reply Filing in Support of Motion for Summary Judgment.

Dated this 6th day of October, 2015         **MICHAEL BEST & FRIEDRICH LLP**

By: /s/ John C. Scheller
John C. Scheller, SBN 1031247
Ian A.J. Pitz, SBN 1031602
Kenneth M. Albridge III, SBN 1078384
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Phone: 608.257.3501
Fax: 608.283.2275
Email:   jcscheller@michaelbest.com
         iapitz@michaelbest.com
         kmalbridge@michaelbest.com

Miriam S. Fleming, SBN 1024667
Rachel N. Bach, SBN 1092048
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Phone:   414.271.6560
Fax:     414.277.0656
Email:   msfleming@michaelbest.com
         rnbach@michaelbest.com

Patrick G. McBride, SBN 1024920
Grant C. Killoran, SBN 1015503
Gregory W. Lyons, SBN 1000492
O'NEIL CANNON HOLLMAN DEJONG
   & LAING, S.C.
111 East Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Phone: 414.276.5000
Fax: 414.276.6581
Email:   patrick.mcbride@wilaw.com
         grant.killoran@wilaw.com
         greg.lyons@wilaw.com

*Attorneys for Plaintiff Marine Travelift, Inc.*

2